**BERKMAN, HENOCH, PETERSON, PEDDY
& FENCHEL, P.C.**
Attorneys for Time Management Corp.
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200
Bruce D. Mael (BDM 8038)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                    Chapter 7

    COLONIAL HOLDINGS, LLC,                      Case No. 14-75558-AST

           Debtor
---------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS
## <u>PURSUANT TO BANKRUPTCY RULE 2002</u>

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

cases, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"),

as attorneys for **Time Management Corp.** and demands, pursuant to Bankruptcy Rules 2002, 9007

and 9010, and Sections 102(1) and 342 of Title 11, United States Code ("Bankruptcy Code"), that

all notices given or required to be given in these cases and all papers served or required to be served

in these cases be given to and served upon the undersigned at the following address:

Bruce D. Mael, Esq.
BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.
Attorneys for Time Management Corp.
100 Garden City Plaza
Garden City, New York 11530
Tel. No. (516) 222-6200
Fax No. (516) 222-6209
B.mael@bhpp.com

    **PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices

and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 30, 2014
       Garden City, New York

                               **BERKMAN, HENOCH, PETERSON,
PEDDY & FENCHEL, P.C.**

By:    s/Bruce D. Mael
        Bruce D. Mael (BDM 8038)
        100 Garden City Plaza
        Garden City, NY 11530
        (516) 222-6200

        *Attorneys for Time Management Corp.*

TO:   Colonial Holdings, LLC
      Debtor
      c/o Tweety Associates, Ltd., Member
      1 Huntington Quadrangle
      Suite 4S03
      Melville, New York 11747

      Michael J. Macco, Esq.
      Macco & Stern LLP
      Attorneys for Debtor
      135 Pinelawn Road, Suite 120 South
      Melville, New York 11747

      Kenneth P. Silverman, Esq.
      Trustee
      Silverman Acampora LLP
      100 Jericho Quadrangle, Suite 300
      Jericho, New York 11753

      Office of the United States Trustee
      560 Federal Plaza
      Central Islip, New York 11772

O:\BHPP Department Data\Bankruptcy Department Data\Bruce Mael\Time Management\noa.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:

      COLONIAL HOLDINGS, LLC,

                       Debtor.
-------------------------------------------------------------x
STATE OF NEW YORK  )
                      ) ss.:
COUNTY OF NASSAU  )

**AFFIDAVIT OF SERVICE**
Chapter 7
Case No. 14-75558-AST

      I, Carol A. Spatafora, being duly sworn, say: I am not a party to this action, am over 18 years

of age and reside in Lynbrook, New York 11563.

      On December 30, 2014, I served the within **NOTICE OF APPEARANCE AND DEMAND**

**FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002** by depositing a

true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care

and custody of the U.S. Postal Service, within New York State, addressed to each of the persons set

forth below at the last known address set forth after each name.

TO:

Colonial Holdings, LLC
Debtor
c/o Tweety Associates, Ltd., Member
1 Huntington Quadrangle
Ste. 4S03
Melville, NY 11747

Michael J. Macco, Esq.
Macco & Stern LLP
Attorneys for Debtor
135 Pinelawn Road, Ste. 120 South
Melville, NY 11747

Kenneth P. Silverman, Esq.
Trustee
Silverman Acampora LLP
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753

Office of the U. S. Trustee
560 Federal Plaza
Central Islip, NY 11772

_____/s/Carol A. Spatafora_____
CAROL A. SPATAFORA

Sworn to before me this
30th day of December, 2014

_____/s/Bruce D. Mael_____
BRUCE D. MAEL
Notary Public, State of New York
No. 02MA4971504
Qualified in Nassau County
Commission Expires September 4, 2018