**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Laurence May, Esq.
Mark Tsukerman, Esq.
*Attorneys for Time Management Corporation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Case No.  14-75558 (AST) |
| In re: | : | |
| | : | Chapter 7 |
| COLONIAL HOLDINGS, LLC, | : | |
| | : | |
| Debtor. | : | **NOTICE OF APPEARANCE AND** |
| | : | **REQUEST FOR SERVICE OF** |
| | : | **DOCUMENTS** |

TO:    Clerk, United States Bankruptcy Court
       Eastern District of New York

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearances

as counsel for *Time Management Corporation,* pursuant to Federal Rules of Bankruptcy

Procedure 2002 and 9010(b), and demand that all notices given or required to be given in this

case and all papers served or required to be served in this case be given to and served upon the

undersigned at the following office and address:

Laurence May, Esq.
Mark Tsukerman, Esq.
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (646) 563-8926
Facsimile: (646) 563-7926
Email:  lmay@coleschotz.com
Email: mtsukerman@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above,

but also includes, without limitation, notices of any application, motion, petition, pleading,

request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

otherwise, which affect or seek to affect in any way the Debtor or its property and/or property of

its estate.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
*Attorneys for Time Management Corp.*

By*:  /s/ Laurence May*
Laurence May
Mark Tsukerman

DATED:        January 20, 2015

40000/9150-11435958v1

3

## <u>CERTIFICATION OF SERVICE</u>

I certify that on January 20, 2015, this office caused the within Notice of Appearance and Request for Service of Papers to be served on the Clerk of the United States Bankruptcy Court for the Southern District of New York, *via electronic filing*.  I further certify that on January 20, 2015, the foregoing Notice of Appearance and Request for Service of Papers was served by electronic transmission (CM/ECF System) to the parties on the clerk's list who receive electronic notification of filings.

*/s/ Laurence May*

DATED:  January 20, 2015

3